An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIO SMITH PARRA,
Appellant,
vs.
E.K. MCDANIEL, WARDEN,
Respondent.

No. 61945

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Seventh Judicial District Court, White Pine County; Dan L. Papez, Judge.

In his petition filed on June 1, 2012, appellant claimed that his due process rights were violated at a May 23, 2010, prison disciplinary hearing, which resulted in disciplinary segregation and loss of canteen privileges. Appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus filed in state court because appellant did not lose any credits and the claims challenged the conditions of confinement. *Bowen v. Warden*, 100 Nev. 489, 686 P.2d 250 (1984). Further, the district court did not abuse its discretion by referring appellant to the prison for the forfeiture of credits

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21655

pursuant to NRS 209.451(1)(d). Therefore, the district court did not err in denying the petition, and we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
       Julio Smith Parra
       Attorney General/Carson City
       White Pine County District Attorney
       White Pine County Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.